UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF FRANK STEVEN
RICHARDS ALONG WITH ITS HEIRS                                                          PLAINTIFF
VS.                                                            CIVIL ACTION NO. 1:06cv00487-LG-RHW
LIBERTY LIFE INSURANCE
COMPANY AND JOHN DOES 1 – 5                                                          DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This day there came on for hearing the *ore tenus* motion of the Plaintiff to dismiss with prejudice all claims against Defendant Liberty Life Insurance Company in this action, and the Court being advised that Plaintiff has learned that the insurance policy upon which this action was based was previously cancelled, and further being advised that Plaintiff has stipulated to dismissal of this action with prejudice, and otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims of the Plaintiff against Defendant Liberty Life Insurance Company are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 23rd day of June 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
U.S. DISTRICT JUDGE

AGREED:

/s/ David C. Frazier
DAVID C. FRAZIER (MSB No. 5520)
Attorney for Plaintiff

/s/ Neville H. Boschert
NEVILLE H. BOSCHERT (MSB No. 3697)
Attorney for Liberty Life Insurance Company